UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose Vellon,

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Cr- 474 (PAE)

Defendant Jose Vellon hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or __x_ teleconferencing:

__x_   Initial Appearance Before a Judicial Officer

__     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_x__   Conference Before a Judicial Officer


___/s/ Jose Vellon_____          /s/ Marne Lenox_____
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jose Vellon_____           Marne Lenox_____
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____9/29/2020_____                        _____/s/ Paul A. Engelmayer_____
Date                                         U.S. District Judge