# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2020

**BY ECF**

The Honorable Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Jose Dellon, aka Jose Vellon**
       **20 Cr. 474 (PAE)**

Honorable Judge Engelmayer:

    A status conference in the above-captioned case is currently scheduled for November 6, 2020. Defense counsel has reviewed discovery and determined that the defense will not file pretrial motions in this matter. The parties jointly request that the November 6 conference be adjourned for approximately 30 to 45 days to enable defense counsel to further discuss discovery with Mr. Vellon and for the parties to engage in plea negotiations. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

**GRANTED.** The conference is adjourned to December 8, 2020 at 2:30 p.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until December 8, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 27.

11/6/2020
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

cc:   Samuel Rothschild, Assistant U.S. Attorney