UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

      :

UNITED STATES OF AMERICA,      :

      :

      -v-      :      20-CR-474 (PAE)

      :

JOSE DELLON,      :      <u>SCHEDULING ORDER</u>

      :

      Defendant.      :

      :

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The conference previously scheduled for December 8, 2020 at 2:30 p.m. will now take place as a telephonic conference on **December 8, 2020** at **10:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                         _____

                                      PAUL A. ENGELMAYER

Dated: December 2, 2020                    United States District Judge

       New York, New York