**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 8, 2020

**BY ECF**
The Honorable Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Jose Dellon, aka Jose Vellon**
       **20 Cr. 474 (PAE)**

Honorable Judge Engelmayer:

A status conference in the above-captioned case is currently scheduled for December 10, 2020. Defense counsel has reviewed discovery, however Mr. Vellon is having technical difficulties accessing the NYPD body worn camera footage and the video surveillance from his discovery. Accordingly, the defense respectfully requests and adjournment of approximately 30 days to enable Mr. Vellon to continue his review of discovery and to allow the parties to engage in plea negotiations. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

Granted.  The Court adjourns the December 10, 2020 conference and schedules a next conference for January 13, 2021 at 2:30 p.m.  The Court excludes time until January 13, 2021 pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the defendant to access discovery and to facilitate the parties' anticipated discussions about a potential disposition. The Clerk of Court is requested to terminate the motion at Dkt. No. 32.

12/8/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge